THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>JERAD MAGGI,<br><br>　　　　　Defendant. | Case No.: 2:10-cr-00474-03 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br><br>Date:　　2/4/13<br>Time:　　9:30 a.m.<br>Judge:　　Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 10, 2012, at 9:30 a.m. is continued to February 4, 2013, at 9:30 a.m. in the same courtroom.  The continuance is requested because defense counsel is currently in a federal trial in this district and needs additional time to prepare for the Pre-Sentence Report (PSR).  Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: December 4, 2012　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　MAGGI, JERAD

1

1  DATED: December 4, 2012                    BENJAMIN WAGNER
                                              United States Attorney

2                                        By:  /s/ Thomas A. Johnson for
                                              JARED DOLAN
3                                             Assistant United States Attorney

4
   **IT IS SO ORDERED.**
5

6
   DATED:   December 4, 2012
7

8                                             WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON HANLY, et al.,<br><br>　　　　Defendants. | Case No.: 2:10-cr-00474-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | June 25, 2012<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | February 4, 2013 |
| Reply or Statement | January 28, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 21, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 14, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 7, 2013 |
| The proposed Pre-Sentence Report | December 26, 2012 |

1  shall be disclosed to counsel no later than:

1  shall be disclosed to counsel no later than: