THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JERAD MAGGI, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:10-cr-00474-03WBS <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR <br><br> Date:   4/1/13 <br> Time:   9:30 a.m. <br> Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 4, 2013, at 9:30 a.m. is continued to April 1, 2013, at 9:30 a.m. in the same courtroom.  The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).  Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 22, 2013                    By:    /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Defendant
                                                  JERAD MAGGI

1

1
2  DATED: January 22, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney
3
                                         By:   /s/ Thomas A. Johnson for
4                                              JARED DOLAN
                                              Assistant United States Attorney
5
   **IT IS SO ORDERED.**
6

7
   DATED:   January 23, 2013
8

9

10                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                          2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERAD MAGGI,<br><br>　　　　Defendant. | Case No.: 2:10-cr-00474-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | June 25, 2012<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | April 1, 2013  @ 9:30 a.m. |
| Reply or Statement | March 25, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | March 19, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | March 11, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 4, 2013 |

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28