THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         vs.<br><br>JERAD MAGGI,<br>              Defendant. | Case No.: 2:10-cr-00474-03 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br>Date:     8/26/13<br>Time:    9:30 a.m.<br>Judge:   Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 22, 2013, at 9:30 a.m. is continued to August 26, 2013, at 9:30 a.m. in the same courtroom.  The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).  Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  June 19, 2013                          By:    /s/ Thomas A. Johnson
                                                                     THOMAS A. JOHNSON
                                                                     Attorney for Defendant
                                                                     JERAD MAGGI

1

| | |
|---|---|
| DATED:  June 19, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Thomas A. Johnson for<br>JARED DOLAN<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated:  June 20, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERAD MAGGI,<br><br>Defendant. | Case No.: 2:10-cr-00474-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | August 26, 2013 |
| Reply or Statement | August 19, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 12, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | August 5, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 29, 2013 |

3